No. 709. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.—

No. 708. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GARÓFALO, DEFENDANT AND APPELLANT.—

No. 707. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* BENÍTEZ, DEFENDANT AND APPELLANT.—

Appeals from the District Court of Humacao in prosecutions for assault and battery and violation of section 370 of

the Penal Code. Decided November 6, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.